# EXHIBIT 1

# (Sample Business Records)

## Distribution By Air — Pick up & Delivery Driver Manifest

P/U Date: 5-29-2019  6/4
(NOT Date paperwork is turned in)

ENTERED

Driver: Steve Jenkins
Driver's Company Name: FACE 2 FACE FLOOR,
Email or fax manifest WITH back up paperwork to: atlacctg@dbaco.com or 704-353-7812

| HAWB# | PCS | WGT | AREA | D | P | SPL | RATE | COMMENTS / ASSESORIALS |
|---|---|---|---|---|---|---|---|---|
| 285736542 ✓ | 2 | 5,170.00 | | | | | CUbE | |
| | | | | | | | | 67 Industrial Dr |
| | | | | | | | | Dogwood Plant |
| | | | | | | | | Huganville GA |
| | | | | | | | | |
| | | | | | | | | to |
| | | | | | | | | Findlay Installation |
| | | | | | | | | 2 Gourmet Lane |
| | | | | | | | | Edison, NJ 08837 |
| | | | | | | | | |
| | | | | | | | | 920 miles x $1.68 = $1545.60 |

PAID
JUN 12 2019
28639



# Pick up & Delivery Driver Manifest

ENTERED

P/U Date: 2-13-2020
(NOT Date paperwork is turned in)

Driver: STEVE JENKINS     Driver's Company Name: FACE2FACE Flooring

Email or fax manifest WITH back up paperwork to: atlacotg@dbaco.com or 704-353-7812

| HAWB# | PCS | WGT | AREA | D | P | SPL | RATE | COMMENTS / ASSESORIALS |
|---|---|---|---|---|---|---|---|---|
| 1000104879 ✓ | 2 | 495 lbs. | | | | | CUBE | DALTON GA → 30720 2plant |
| 1000104879 | 1 | 128 lbs. | | | | | | RINGOLD GA → 30736 P/U |
| 2 plant P/u | | | | | | | | ↓ |
| | | | | | | | | DELIVERD |
| | | | | | | | | LAWERENCE, MA 01840 |
| | | | | | | | | 1058 miles × $1.65 = $1745.70 |
| | | | | | | | | 2nd plant P/u   50.00 |
| | | | | | | | | Total # 1795.70 |

**PAID**
FEB 26 2020
30183