# EXHIBIT 2

# (Letters in Support)

Attention: Judge William M. Ray.  United States District Court.  75 Ted Turner Dr.  Atlanta GA 30303

My name is Balkus Manette, cousin of Steven Jenkins, I have known Steven all of his 53 years of life.

My cousin Steven is someone that I have seen as my brother, not just as my cousin. He is a family man who love his children deeply and especially his granddaughter. He has always been like a father figure to my children, they adore him and look to him for answers and guidance. I am proud of my cousin, he is educated. He obtained his Bachelor's degree, against all odds, and is few credits away from obtaining his Masters in Psychology. He works hard every day to show change and makes a positive difference in people's lives daily weather it is with a smile or a kind word.

Thank you, Judge Williams M. Ray for taking the time to read my letter. It is greatly appreciated.

\>
> Charisse Balde
> 6266 Dorsett Shoals rd Lot 51
> Douglasville, GA 30135

> February 13, 2023
>
> Re: Stephen Jenkins
>
> To: The Honorable Judge William M. Ray
>
>
> My name is Charisse Balde and I'm writing on behalf of my fiancé ..Stephen Jenkins. Stephen and myself have been engaged for 10 month but in a relationship for 2 years. In this time, Stephen has proven to be of a fine and responsible character. I recently lossed my 7yr old daughter who was autistic due to accidental drowning, In this grieving time, Stephen has been reliable and consoling. I have another Autistic daughter who loves Stephen and it would be greatly appreciated if he can be placed in the Georgia Area so we can visit without hassle.
>
> Stephen has every intention of improving since, he has already joined me and others to rally for a protective gate to help a family from going through what I'm experiencing now. Stephen has always had a strong personality with the desire for self-improvement. Regardless of the challenges
>
> It is my sincere hope the court takes this letter into consideration, despite the current case. Thank you for reading and considering this letter.
>
> Sincerely,
>
> Charisse Balde

Desserra Washington
333 Lenox Circle
Douglasville, GA 30135
February 13, 2023

Re: Stephen Jenkins

To: The Honorable Judge William M. Ray

Stephen Jenkins has always been an upright person. In our friendship, he has really been there for me, especially when the company I worked for closed. He made it a point to be there and show a significant amount of support during a sudden and arduous job search. It was Stephen that was a source of camaraderie for both me and my family. He has truly been a good friend over the years.

While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, Stephan will emerge a better person. In short, Stephen expressed deep sense of remorse in making such a serious mistake and believe in his ability to pay his debt to society.

Stephen is a living and jolly human being and is always there for anybody. His helpful nature also makes him my go-to person in any situation of crisis that I face. Thank you for reading and considering this letter.

Sincerely,
Desserra Washington


Sent from Yahoo Mail for iPhone